UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 03-60100
CIV-FERGUSON

MAGISTRATE JUDGE
SNOW

UNITED STATES OF AMERICA,

Plaintiff,

v.

ONE 1988 CHECO LET 410
TURBO-PROP AIRCRAFT,
DOMINICAN REPUBLIC REGISTRATION,
TAIL NUMBER HI698CT

Defendant.

_____/

NIGHT BOX
FILED

JAN 2 3 2003

CLARENCE MADDOX
CLERK, USDC/SDFL/FTL

## VERIFIED COMPLAINT OF FORFEITURE IN REM

The United States files this Verified Complaint of Forfeiture In Rem seeking forfeiture of

the defendant aircraft, and alleges and states that:

1.      This is a civil forfeiture action over which the court has jurisdiction pursuant to Title

28 U.S.C. 1345 and 1355.

2.      The court has venue over the defendant aircraft pursuant to Title 28 U.S.C. 1395(a)

and (b) since the aircraft is located within this district.

3.      The defendant aircraft is subject to forfeiture pursuant to Title 18 U.S.C. 981(a)(1)(B)

and Title 21 U.S.C. 881(a)(4) as an aircraft used, or intended for use, to transport, or in any manner

to facilitate the transportation, sale, receipt, possession, or concealment of a controlled substance,

specifically cocaine, in violation of Title 21 U.S.C. 801 et seq.



4.      The defendant aircraft is valued at Five Hundred Thousand Dollars ($500,000.00).

5.      On August 7, 2002, a CaribAir Let-410 bearing aircraft, identification number HI698CT, made entry into the United States at Fort Lauderdale, Florida Executive Airport. The aircraft was piloted by Rafael De La Cruz-Jimenez and co-piloted by Luis Alejandro Madera-Sanchez.

6.      The pilots, two employees of CaribAir, S.A., a company out of the Dominican Republic, attempted to clear United States Customs and presented their declarations to the Customs Inspector on duty.   De La Cruz-Jimenez and Madera-Sanchez each claimed one (1) article of luggage and (1) case of beer. Additional Inspectors approached  the aircraft to conduct a routine inspection.

7.      During the interior inspection of the aircraft, numerous steel barbell-type weights and weight plates were  observed throughout the cockpit, nose compartment and passenger compartment of the aircraft. The Inspectors continued their checks and subsequently located a hatch in the aft area of aircraft with a missing handle. The Inspectors gained access to the hatch and located a portable bathroom receptacle in what was described as a closed area, thus indicating the receptacle was not in the proper location on the aircraft.

8.      The Inspectors subsequently observed a small hatch above the area where the bathroom receptacle was located. Upon opening this hatch, the Inspectors observed seven (7) hard-sided suitcases stowed in the tail section of the aircraft.

9.      One of the suitcases was removed from the tail section and the Inspectors attempted to open it, but the suitcase was locked. A drug-detection canine responded and was placed inside the aircraft to conduct a check of the aircraft and its contents.  The canine "Dante" alerted to the suitcase

2

indicating the presence of an odor of a controlled substance.

10.     The suitcase was opened and revealed black-plastic wrapping smeared with mustard. Secreted within the mustard-smeared plastic was 65 kilograms of cocaine. Each of the seven (7) suitcases contained 65 kilograms of cocaine packaged in a like manner for a total of 455 kilograms of cocaine imported into the United States from the Dominican Republic aboard the defendant aircraft.

11.     The FAA was contacted and Safety Inspectors responded to inspect the aircraft. The FAA inspectors determined the weights placed throughout the aircraft were utilized as ballast and further reported the aircrew "had to be aware" of the weight from the cocaine-laden suitcases because it was counterbalanced with the weights in the forward area of the aircraft.

12.     Both pilots were prosecuted, on charges of conspiracy to import cocaine into this District, in the case of United States of America v. Rafael Daniel De La Cruz-Jimenez and Luis Alejandro Madera-Sanchez. Case No. 00-6309-CR-Dimitrouleas, and convicted. De La Cruz-Jimenez plead guilty to the conspiracy charge and Madera-Sanchez was tried and found guilty.

**WHEREFORE,** the United States of America request that process in due of law according to the procedures of the Court in cases of actions in rem in accordance with provisions of Rule C (3), Supplemental Rules of Certain Admiralty and Maritime Claims issue against the defendant properties, and that any person or persons having any interest therein be cited and directed to appear herein and answer this complaint, pursuant to Rule C(6), Supplemental Rules of Certain Admiralty and Maritime Claims, and that this Court decree the condemnation and forfeiture of the defendant

3

properties to the United States and that plaintiff have such other and further relief as may be just and proper.

Respectively submitted,

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

BY: _____
WILLIAM H. BECKERLEG, JR.
ASSISTANT U.S. ATTORNEY
500 E. Broward Blvd., Suite 700
Ft. Lauderdale, Florida 33394
Tel: (954) 356-7314 ext. 3614
Fax: (954) 356-7180
Fla Bar No. A5500074

## VERFICATION

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury, that I have read the foregoing Complaint for Forfeiture In Rem and that the contents are true to the best of my knowledge and belief.

Executed on January ___, 2003.

_____
THOMAS J. REDPATH
SPECIAL AGENT
DRUG ENFORCEMENT ADMINISTRATION

4

properties to the United States and that plaintiff have such other and further relief as may be just and

proper.

                                 Respectively submitted,

                                   MARCOS DANIEL JIMENEZ
                                   UNITED STATES ATTORNEY

BY:      _____

                                   WILLIAM H. BECKERLEG, JR.
                                   ASSISTANT U.S. ATTORNEY
                                   500 E. Broward Blvd., Suite 700
                                   Ft. Lauderdale, Florida 33394
                                   Tel: (954) 356-7314 ext. 3614
                                   Fax: (954) 356-7180
                                   Fla Bar No. A5500074

## **VERIFICATION**

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury, that I have read the foregoing

Complaint for Forfeiture In Rem and that the contents are true to the best of my knowledge and

belief.

Executed on January 23, 2003.

                                 THOMAS J. REDPATH
                                   SPECIAL AGENT
                                   DRUG ENFORCEMENT ADMINISTRATION

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.

UNITED STATES OF AMERICA,

       Plaintiff,

v.

ONE 1988 CHECO LET 410
TURBO-PROP AIRCRAFT,
DOMINICAN REPUBLIC REGISTRATION,
TAIL NUMBER HI698CT

       Defendant.

_____/

## ORDER DIRECTING THE ISSUANCE OF THE WARRANT
## OF ARREST IN REM

     Pursuant to Supplemental Rule (C) (1) and Local Admiralty Rule C (2) (a), this Court finds

that probable cause exists for an action In Rem and the Clerk is hereby directed to issue a Warrant

of Arrest In Rem for ONE 1988 CHECO LET 410 TURBO-PROP AIRCRAFT, DOMINICAN

REPUBLIC REGISTRATION, TAIL NUMBER HI698CT.

     **DONE AND ORDERED** in Chambers in Fort Lauderdale, Florida this _____ day of

_____, 2003



                                      UNITED STATES DISTRICT JUDGE

cc: AUSA William H. Beckerleg, Jr.

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

**03-60100**

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

UNITED STATES OF AMERICA

## DEFENDANTS

ONE 1988 CHECO LET 410 TURBO-PROP AIRCRAFT, DOMINICAN REPUBLIC REGISTRATION, TAIL NUMBER HI698CT

**CIV - FERGUSON**

**MAGISTRATE JUDGE SNOW**

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF

(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT

(IN U.S. PLAINTIFF CASES ONLY)

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**TEN BOX FILED**

JAN 23 2003

CLARENCE MADDOX
CLERK USDC/SDFL/FTL

Broward 0:03-60100-LSB

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

WILLIAM H. BECKERLEG, JR.
500 EAST BROWARD BLVD., SUITE 700
FORT LAUDERDALE, FL 33394
(954) 356-7314

ATTORNEYS (IF KNOWN)

**(d)** CIRCLE COUNTY WHERE ACTION AROSE:   DADE,   MONROE,   (BROWARD)   PALM BEACH,   MARTIN,   ST. LUCIE,   INDIAN RIVER,   OKEECHOBEE,   HIGHLANDS

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

- ☑ 1 U.S. Government Plaintiff
- ☐ 2 U.S Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)

(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| A CONTRACT | A TORTS | FORFEITURE/PENALTY | A BANKRUPTCY | A OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | B☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | B☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | B☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | B☐ 630 Liquor Laws | | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | B☐ 640 R.R & Truck | **A PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | B☐ 650 Airline Regs. | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| B☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | B☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| B☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | B☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **A LABOR** | **B SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **A REAL PROPERTY** | **A CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | B☐ 510 Motions to Vacate Sentence | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| B☐ 220 Foreclosure | B☐ 442 Employment | **HABEAS CORPUS:** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | B☐ 530 General | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | B☐ 535 Death Penalty | | A☐ 870 Taxes (U.S. Plaintiff or Defendant) | |
| ☐ 245 Tort Product Liability | B☐ 440 Other Civil Rights | B☐ 540 Mandamus & Other | A☐ 791 Empl. Ret. Inc. Security Act | A☐ 871 IRS - Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | | B☐ 550 Civil Rights | | | ☐ 890 Other Statutory Actions |
| | | B☐ 555 Prison Condition | | | A OR B |

## VI. CAUSE OF ACTION

(CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL UNLESS DIVERSITY.)

TITLE 21 U.S.C. §881- DRUG RELATED FORFEITURE

LENGTH OF TRIAL
via _____ days estimated (for both sides to try entire case)

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☐ NO

## VIII. RELATED CASE(S) IF ANY

(See instructions):

JUDGE   WILLIAM P. DIMITROULEAS

DOCKET NUMBER   00-6309-CR-WPD

DATE
1-23-3

SIGNATURE OF ATTORNEY OF RECORD
WILLIAM H. BECKERLEG, JR.

FOR OFFICE USE ONLY

| RECEIPT # | AMOUNT | APPLYING IFP | JUDGE | MAG. JUDGE |
|---|---|---|---|---|
| | | | | |

This form was electronically produced by Elite Federal Forms, Inc.